RUDOLPH DOVE, BY HIS NEXT FRIEND, GEORGE W. DOVE, v. ATLANTIC COAST LINE RAILWAY COMPANY.

(Filed 16 December, 1942.)

APPEAL by plaintiff from *Thompson, J.,* at February Term, 1942, of COLUMBUS.

This is a civil action to recover damages for personal injuries, sustained by plaintiff when he ran his automobile into a train belonging to the defendant, which train, at the time of the alleged injury, was standing on the tracks of the defendant across Brown Street in the town of

Chadbourn. From judgment of nonsuit, plaintiff appeals, assigning errors.

*H. L. Lyon, A. B. Brady, and Varser, McIntyre & Henry for plaintiff.*
*L. J. Poisson and Tucker & Proctor for defendant.*

PER CURIAM. We have carefully examined and considered plaintiff's exceptions and assignments of error, and are of the opinion that the judgment of the court below is correct.

Affirmed.